# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD L. HAHN & AMANDA S. HAHN  
921 LEXINGTON WAY  
ROCKFORD, IL  61108

SSN-xxx-xx-7611 & xxx-xx-7121

Case Number: 04-75198

Case filed on: 10/15/2004  
Plan Confirmed on: 2/9/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $63,965.00   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICIAS SERVICING COMPANY | 0.00 | 0.00 | 45,535.19 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 45,535.19 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 016 | MICHAEL A. BEATTY, ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
| 204 | AMERICA'S SERVICING COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD L. HAHN | 0.00 | 0.00 | 86.36 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 86.36 | 0.00 |
| 002 | ALPINE BANK & TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HFC | 300.00 | 300.00 | 300.00 | 14.06 |
| 005 | AMERICIAS SERVICING COMPANY | 3,303.42 | 3,303.42 | 3,303.42 | 0.00 |
| 006 | CITIBANK | 300.00 | 300.00 | 300.00 | 13.41 |
|  | Total Secured | 3,903.42 | 3,903.42 | 3,903.42 | 27.47 |
| 003 | HFC | 453.89 | 453.89 | 286.95 | 0.00 |
| 006 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | THE EDUCATION RESOURCES INSTITUTE | 12,083.70 | 0.00 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 9,127.39 | 9,127.39 | 5,770.48 | 0.00 |
| 009 | SMC | 97.80 | 97.80 | 61.83 | 0.00 |
| 010 | DISCOVER FINANCIAL SERVICES | 6,215.11 | 6,215.11 | 3,929.29 | 0.00 |
| 011 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HELP SERVICE GROUP, INC. | 8,824.06 | 0.00 | 0.00 | 0.00 |
| 013 | LAWRENCE L. HAHN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ILLINOIS STUDENT ASSISTANCE COMM | 28,983.32 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 790.00 | 790.00 | 499.45 | 0.00 |
|  | Total Unsecured | 66,575.27 | 16,684.19 | 10,548.00 | 0.00 |
|  | Grand Total: | 73,178.69 | 23,287.61 | 62,772.97 | 27.47 |

Total Paid Claimant:   $62,800.44  
Trustee Allowance:   $1,164.56  
Percent Paid Unsecured:   63.22

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  01/23/2009           By  _/s/Heather M. Fagan_